1  DAVID S QUINTANA
   SNB 146919
2  300 Esplanade Drive, Suite 1180
   Oxnard, CA 93030
3  (805) 984-3002
   (805) 984-6341 FAX
4
5  Attorney for Plaintiff
   Paula Jean Sweat

Priority Send  X
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED - EASTERN DIVISION
CLERK, U S DISTRICT COURT

JUN -4 2002

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| DAVID BLANCO, PAULA JEAN SWEAT AND DANNY ALYEA,<br><br>Plaintiffs,<br><br>vs<br><br>CROSSROADS HOSPITALITY COMPANY, INTERSTATE HOTELS CORPORATION, and CHO HUNG BANK,<br><br>Defendants | Case No   EDCV 97-158 RT (VAPx)<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF PAULA JEAN SWEAT'S CLAIMS FOR RELIEF AGAINST DEFENDANT CHO HUNG BANK**<br><br>Hon Judge Robert J Timlin |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PAULA JEAN SWEAT and Defendant CHO HUNG BANK, through their respective attorneys of record herein, David S Quintana of the Law Office of David S Quintana on behalf of the Plaintiffs, and David Degerman of Lee & Hong, a professional corporation, as follows

\\\

\\\

✓ Docketed
✓ Copies / NTC Sent
✓ JS-5 / JS - 6
__ JS - 2 / JS - 3
__ CLSD

ENTER ON ICMS

JUN -5 2002

-1-
STIPULATION AND ORDER FOR DISMISSAL OF
ALL PLAINTIFFS' CLAIMS FOR RELIEF AGAINST DEFENDANT CHO HUNG BANK

1  Plaintiff PAULA JEAN SWEAT hereby shall and does voluntarily dismiss each and every
2  claim for relief against Defendant CHO HUNG BANK only, with prejudice, pursuant to Rule
3  41(a) of the Federal Rules of Civil Procedure. Each party shall bear their own attorney's fees,
4  costs and expenses of litigation incurred in this action, except as may be otherwise stated in the
5  settlement agreement between the parties

Dated May 29, 2002

LAW OFFICE OF DAVID S. QUINTANA,

_____
DAVID S. QUINTANA
Attorney for Plaintiff PAULA JEAN SWEAT

Dated May 31, 2002

LEE & HONG, P.C.,

_____
DAVID DEGERMAN
Attorney for Defendant CHO HUNG BANK

**ORDER**

IT IS SO ORDERED.

Date _____6/4_____, 2002

_____
HONORABLE ROBERT J. TIMLIN
JUDGE OF THE U.S. DISTRICT COURT

-2-
STIPULATION AND ORDER FOR DISMISSAL OF
ALL PLAINTIFFS' CLAIMS FOR RELIEF AGAINST DEFENDANT CHO HUNG BANK